**Dismissed and Memorandum Opinion filed May 7, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00926-CV

### JAMES WHITAKER, Appellant

### V.

### NEIGHBORHOOD CENTERS, INC., Appellee

**On Appeal from the 151st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-07101**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed September 18, 2012. The clerk's record was filed January 17, 2013. No reporter's record or brief was filed.

On March 7, 2013, this court issued an order stating that unless appellant submitted a brief on or before April 5, 2013, the court would dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no response.  Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Frost and Donovan.